**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**NATIONWIDE MUTUAL INSURANCE
COMPANY**,

       Plaintiff,

**v.**                                                            **CIVIL ACTION NO. 3:09cv211**

**BOYD CORPORATION and
RAMBLEWOOD FOREST, LLC,  et al.**,

       Defendants.

<u>**NOTICE OF APPEAL**</u>

      Notice is hereby given that Boyd Corporation and Ramblewood Forest, LLC , defendants in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered on January 25, 2010, signed by the Honorable Henry E. Hudson [Docket Nos. 41 and 42, respectively].

Dated:  February 2d, 2010                                    Respectfully submitted,


                                           BOYD CORPORATION and
                                           RAMBLEWOOD FOREST, LLC

                                           By    /s/ R. Johan Conrod, Jr.
                                                  W. Edgar Spivey (VSB No. 29125)
                                                  wespivey@kaufcan.com
                                                R. Johan Conrod, Jr. (VSB No. 46765)
                                                rjconrod@kaufcan.com
                                                KAUFMAN & CANOLES, P.C.
                                                150 West Main Street
                                                Suite 2100 (23510)
                                                Norfolk, Virginia  23514
                                                (757) 624-3000
                                                Fax (757) 624-3169
                                   *Counsel for Boyd Corporation and
                                   Ramblewood Forest, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appeal will be electronically filed with the Clerk of Court using the CM/ECF system on the 2d day of February, 2010, which will send a notification of such filing (NEF) to the following:

C. Jay Robbins, IV, Esq.
crobbins@midkifflaw.com
MIDKIFF, MUNCIE & ROSS, P.C.
9030 Stony Point Parkway
Suite 160
Richmond, Virginia  23235
(804) 560-9600
Fax:  (804) 560-5997
*Counsel for Nationwide Mutual Insurance Company*

Jean Patricia Dahnk
jpd@gloveranddahnk.com
Glover & Dahnk
1002 Princess Anne Street
Fredericksburg, VA 22404-0207
*Counsel for Rochedale Hundred Community Association, Inc.*

Virginia Leigh Hudson Nesbitt
vnesbitt@mcguirewoods.com
McGuire Woods, LLP
One James Center
901 Cary Street
Richmond, VA 23219
*Counsel for Ronald Luck and Joyce Luck*

      /s/ R. Johan Conrod, Jr.
W. Edgar Spivey (VSB No. 29125)
wespivey@kaufcan.com
R. Johan Conrod, Jr. (VSB No. 46765)
rjconrod@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street
Norfolk, Virginia  23514
(757) 624-3000
Fax (757) 624-3169
*Counsel for Boyd Corporation and Ramblewood Forest, LLC*

::1575937\1

2